IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-05-B-DLC |
| Plaintiff, | |
| vs. | ORDER |
| ARTEMUS LAVELLE BROCK, | |
| Defendant. | |

Defendant has filed an unopposed motion to vacate the June 30, 2023 preliminary hearing. Accordingly,

IT IS ORDERED that the motion is GRANTED. The preliminary hearing currently scheduled for June 30, 2023, is VACATED. Defendant's detention hearing will be conducted, as scheduled, at 9:00 a.m. on June 30, 2023, in Missoula, Montana.

Dated this 29th day of June, 2023.

Kathleen L. DeSoto
United States Magistrate Judge

1